AO 85 (Rev. 8/97) Notice, Consent, and Order of Reference – Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

District of Minnesota - Fifth Division

George M. Teska and Darlene Teska, Husband and wife Plaintiff

v.

Potlatch Corporation a foreign corporation and Oscar J.Boldt Construction Co. a foreign corporation Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE – EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

Case Number: Civ.No. 00418 (MJD/RLE)

## Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction

In accordance with the provisions of 28 U.S.C. 636(c), and Fed.R.Civ.P. 73, you are hereby notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

## Consent to the Exercise of Jurisdiction by a United States Magistrate Judge

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| [signature] | POTLATCH CORPORATION | July 27, 2000 |
| [signature] | PLAINTIFFS | Aug 2, 2000 |
| Steven W Schneider | Oscar J. Boldt Construction | 8/16/00 |

## Order of Reference

IT IS HEREBY ORDERED that this case be referred to Magistrate Raymond Erickson United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

8-29-00
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

AUG 29 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK D-19

PURSUANT TO ORDER OF REFERENCE FILED ON AUGUST 29, 2000
in
George M. Teska et al vs. Potlatch Corporation et al

This case is now assigned to Magistrate Judge Raymond L. Erickson

CASE NUMBER 00-418 RLE

Use this case number for all further filings.