UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

Case No. 00-418 (RLE)

GEORGE M. TESKA and
DARLENE TESKA, husband
and wife

Plaintiffs,

vs.

OSCAR J. BOLDT CONSTRUCTION CO.,
a foreign corporation; and POTLATCH
CORPORATION, a foreign corporation,

Defendants.

***STIPULATION TO EXTEND DISCOVERY***

and
ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this proceeding, by and through their respective undersigned counsel that the scheduling order be amended as follows:

I.

Defendant Oscar J. Boldt Construction Co. shall serve their expert disclosures upon the Plaintiffs no later than **February 15, 2001.**

Dated: 2/1/01.

JENSEN, BELL, CONVERSE & ERICKSON, P.A.

By: [signature]
Robert C. Bell, #6361
Williard L. Converse, #18600
*Attorneys for Plaintiffs*
1500 Minnesota World Trade Center
*30 East Seventh Street*
St. Paul, MN 55101
(651) 223-4999

FILED FEB 07 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

19 20

HALVERSON WATTERS DOWNS REYELTS &
BATEMAN, P.A.

Dated: 2/1/01.

By: [signature]

Anthony S. Downs, #24107
Steven W. Schneider, #130795
Attorneys for Oscar J. Boldt
Construction Company
700 Providence Building
Duluth, MN 55802-1801
(218) 727-6833

**ORDER**

Based upon the above Stipulation of the parties, the Defendant Oscar J. Boldt Construction Co. shall have until February 15, 2001 to serve its expert disclosures upon the Plaintiff. All remaining deadlines in the Pretrial Order as amended will remain in full force and effect.

By the Court:

[signature]

Hon. Raymond L. Erickson
United States Magistrate Judge

2/7/01