UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

**Case No. 00-418 (RLE)**

GEORGE M. TESKA and
DARLENE TESKA, husband
and wife

Plaintiffs,

vs.

**ORDER**

OSCAR J. BOLDT CONSTRUCTION CO.,
a foreign corporation; and POTLATCH
CORPORATION, a foreign corporation,

Defendants.

Pursuant to Stipulation of the parties and for good cause shown, the Court's Pre-Trial Order is amended as follows:

I.

The expert opinions disclosed by Plaintiffs through February 13, 2001, are deemed timely. Defendant reserves the right to challenge the admissibility of these opinions on any other grounds.

II.

Defendant Oscar J. Boldt Construction Company shall serve their expert disclosures upon the Plaintiffs no later than **March 30, 2001.**

III.

The period during which the parties may conduct discovery depositions of experts shall terminate on **May 1, 2001.**

22

MAR 12 2001
CLERK

IV.

All dispositive motions shall be briefed, submitted and argued on or before **July 1, 2001.** The parties agree to the following briefing schedule:

Movant's Submissions to be Served by **May 15, 2001.**

Respondent's Submissions to be Served by **June 8, 2001.**

Reply Submissions to be Served by **June 15, 2001.**

V.

This case shall be ready for trial on **July 1, 2001.**

By the Court:

Dated: 3/12/01

Hon. Raymond L. Erickson
United States Magistrate Judge