UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

**Case No. 00-418 (RLE)**

GEORGE M. TESKA and
DARLENE TESKA, husband
and wife

Plaintiffs,

vs.

**STIPULATION TO
TO AMEND PRE-TRIAL
ORDER AND ORDER**

OSCAR J. BOLDT CONSTRUCTION CO.,
a foreign corporation; and POTLATCH
CORPORATION, a foreign corporation,

Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this proceeding, by and through their respective undersigned counsel that based upon the time that the parties may conduct discovery depositions of experts cannot be completed prior to May 1, 2001, that the Court's Pre-Trial Order be amended as follows:

I.

The period during which the parties may conduct discovery depositions of experts shall terminate on **May 15, 2001.**

II.

All dispositive motions shall be briefed, submitted and argued on or before **August 15, 2001.** The parties agree to the following briefing schedule:

Movant's Submissions to be Served by **May 31, 2001.**

Respondent's Submissions to be Served by **July 2, 2001.**

Reply Submissions to be Served by **July 15, 2001.**

FILED MAY 17 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

24 25

III.

The case shall be ready for trial on **August 15, 2001.**

Dated: ________.

JENSEN, BELL, CONVERSE & ERICKSON, P.A.

By: ________________
Robert C. Bell, #6361
Williard L. Converse, #18600
Attorneys for Plaintiffs
1500 Minnesota World Trade Center
30 East Seventh Street
St. Paul, MN 55101
(651) 223-4999

HALVERSON WATTERS DOWNS REYELTS & BATEMAN, P.A.

Dated: 5/15/01.

By: ________________
Anthony S. Downs, #24107
Steven W. Schneider, #130795
Attorneys for Oscar J. Boldt Construction Company
700 Providence Building
Duluth, MN 55802-1801
(218) 727-6833

**ORDER**

Based upon the above Stipulation of the parties and for good cause shown, the Court's Pre-Trial Order shall be amended accordingly.

By the Court:

Dated: MAY 17 2001.

________________
Hon. Raymond L. Erickson
United States Magistrate Judge